INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

| | |
|---|---|
| SIDNEY JOHNSON<br>TIMOTHY COLEMAN<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>"see attached"<br><br>OFFICER J. CRIDER, et al.<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    1:25-cv-2625-TWP-TAB<br>          *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR A CIVIL CASE

**Demand for Jury Trial**  ☑ Yes  ☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question      [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Amendment to the United States Constitution

14th Amendment to the United States Constitution

8th Amendment to the United States Constitution

5th Amendment to the United States Constitution

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual:

The plaintiff, *(name)* Sidney Johnson , is a citizen of the State of *(name)* Minnesota , OR is a citizen of *(foreign nation)* _____

b.   If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Page 2 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2.    The Defendant(s)

a.    If the defendant is an individual:

The defendant, *(name)* Officer J. Crider, is a citizen of

the State of *(name)* Indiana_____, OR is a citizen of

*(foreign nation)*_____.

b.    If the defendant is a corporation, partnership, or other entity:

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)*_____, and has its

principal place of business in the State of *(name)*_____.

Or is incorporated under the laws of *(foreign nation)*_____,

and has its principal place of business in *(name)*_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiffs are seeking compensatory and punitive damages from each defendant, seperately from each other. That's a total of $5,000,000 from each defendant, for each plaintiff.

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sidney Johnson |
| Street Address | P.O. Box 48513 |
| City and County | Coon Rapids, Anoka |
| State and Zip Code | Minnesota, 55448 |
| Telephone Number | (346) 210 - 8023 |
| E-mail Address | bluice6060@gmail.com |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity.  For an individual defendant, include  the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Officer J. Crider |
| Job or Title *(if known)* | Police officer |
| Street Address | 6208 Veterans Dr. |
| City and County | Whitestown, Boone |
| State and Zip Code | Indiana, 46075 |
| Telephone Number | (317) 769-2677 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Officer B. Galbraith |
| Job or Title *(if known)* | Police officer |
| Street Address | 6208 Veterans Dr. |
| City and County | Whitestown, Boone |
| State and Zip Code | Indiana, 46075 |
| Telephone Number | (317) 769-2677 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Officer D. Hernandez |
| Job or Title *(if known)* | Police officer |
| Street Address | 6208 Veterans Dr. |
| City and County | Whitestown, Boone |
| State and Zip Code | Indiana, 46075 |
| Telephone Number | (317) 769-2677 |
| E-mail Address *(if known)* | |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and  write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On September 3, 2025, at approximately 11:06 P.m, Plaintiffs were in route to Minnesota where they reside, driving on I-65 N, with Plaintiff Johnson as the driver, coming from Alabama for family matters. In the pouring rain, defendant officer Crider performed an unreasonable stop on plaintiff Johnson's vehicle, maliciously stopping him without any reasonable suspicion. Defendant officer Crider instantly approached the passenger's side of the vehicle and asked Plaintiff Coleman for identification, without any reasonable suspicion that he had done anything wrong. Plaintiff Coleman stated that he wasn't the driver and defendant Crider continued to ask for IDs, while arguing with plaintiff Coleman. Plaintiff Johnson asked why he had been stopped and defendant Crider said that he was tailgating a semi truck. Plaintiff Johnson denied the allegations, as defendant Crider continued to argue with Plaintiff Coleman. As plaintiff Johnson looked for his driver's license, in the armrest, defendant Crider walked off to his vehicle. Plaintiffs waited in their car for him to return back, but that never happened, because defendant Crider maliciously radioed for help saying that it was a high risk situation, which caused that entire side of the road to be shut

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Each of the Plaintiffs are seeking compensatory and punitive damages from each defendant. The plaintiffs are still having to go back and forth to court. Plaintiff Coleman remains in jail and Plaintiff Johnson still has to drive back and forth to Indiana. Punitive damages - $2,500,000 for the malicious acts and violations Emotional distress/Pain and suffering - $2,000,000 - for all they went through Actual/other - $500,000 - compensation for what they loss.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be  served. I understand that my failure to keep a current address on file with the Clerk's Office may result  in the dismissal of my case.

Date of signing:        December 14, 2025

Signature of Plaintiff    _Sidney Johnson_
_Timothy Coleman_

Print        Save As...        Add Attachment        Reset

## Full List of Defendants

Officer J. Crider
Officer B. Galbraith
Officer D. Hernandez
Officer P. Boldt
Officer K. Haskins
Officer F. Noland
Officer K. McCloskey
Sergeant K9 B. Root
Lieutenant J. Turney
Lieutenant J. Knox
Deputy Sheriff B. Vandyke

I.

  B.

   1. The Plaintiff Timothy Coleman is a citizen of the State of Minnesota.

I.

  B.

   2. The defendant Officer B. Galbraith is a citizen of the State of Indiana.

The defendant officer D. Hernandez is

a citizen of the State of Indiana.

The defendant Officer P. Boldt is a citizen of the State of Indiana.

The defendant Officer K. Haskins is a citizen of the State of Indiana.

The defendant Officer F. Noland is a citizen of the State of Indiana.

The defendant Officer K. McCloskey is a citizen of the State of Indiana.

The defendant Sergeant K9 B. Root is a citizen of the State of Indiana.

The defendant Lieutenant J. Turney is a citizen of the State of Indiana.

The defendant Lieutenant J. Knox is a citizen of the State of Indiana.

The defendant Deputy Sheriff B. Vandyke is a citizen of the State of Indiana.

2

II.

A.  Timothy Coleman
    Marion County Jail
    675 Justice Wy
    Indianapolis, IN 46203

II.

B.  Officer P. Boldt  -  Officer K. Haskins
      Police officer          Police officer
    6208 Veterans Dr.      6208 Veterans Dr.
    Whitestown, Boone     Whitestown, Boone
    Indiana, 46075        Indiana, 46075
    (317) 769-2677        (317) 769-2677


    Officer F. Noland  -  Officer K. McCloskey
      Police officer          Police officer
    201 E. Main St.       201 E. Main St.
    Lebanon, Boone        Lebanon, Boone
    Indiana, 46052        Indiana, 46052
    (765) 482-8836        (765) 482-8836

3

Sergeant K9 B. Root - Lieutenant J. Turney
   Sergeant                   Lieutenant
6208 Veterans Dr.          6208 Veterans Dr.
Whitestown, Boone          Whitestown, Boone
Indiana, 46075             Indiana, 46075
(317) 769-2677             (317) 769-2677

Lieutenant J. Knox - Deputy Sheriff B. Vandyke
   Lieutenant                 Deputy Sheriff
201 E. Main St.            1905 Indianapolis Ave.
Lebanon, Boone             Lebanon, Boone
Indiana, 46052             Indiana, 46052
(765) 482-8836             (765) 482-1412

III.

down. Defendants Root, Boldt, Turney, Haskins, Galbraith, Hernandez, Noland, McCloskey, Knox, and Vandyke all arrived, got out of their cars, and directed their guns on the Plaintiffs. Plaintiffs became terrified, shocked, and didn't know what to expect. Plaintiffs continued to video record the situation, for their safety, and the defendants yelled damanding them to get out of the car, which they instantly complied. With the pouring rain, traffic, and all of the defendants yelling, Plaintiffs couldn't hear

4

anything that was being said by the defendants. They was horrified and didn't know what to do, so plaintiff Coleman sat down next to the rear tire and plaintiff Johnson stood with both hands in the air, holding a phone recording in one and his driver's license in the other. With all of their guns pointed at the plaintiffs, defendant Turney maliciously made a call to "move in" and "go hands on" with the plaintiffs, who was clearly not a threat. With his hands still in the air, defendant Turney approached him from behind, knocked his phone out of his hand, slammed him on the ground face first, plaintiff Johnson that is. Plaintiff Johnson was arrested for refusal to identify and resisting law enforcement, while being issued two traffic citations for unsafe lane movement and driving left of center. Plaintiff Johnson was not ticketed for neither of the traffic violations that defendant Crider mentioned at the beginning of the traffic stop. Plaintiff Johnson was placed in the Boone County Jail with no bond, until he went to court, received a $1,000 cash bond, and bonded out. He was finally released on September 6, 2025. Then he had to walk to the impound lot and pay another $350 to retreive his vehicle, before driving back to

5

Minnesota, where his wife and kids were at. Once returning, his family was gone due to nonpayment of their hotel room, because Plaintiff Johnson was in jail with the money and couldn't make it back in time to pay. The defendants' malicious acts has caused the Plaintiffs' and their families much pain and suffering, as well as emotional distress. Plaintiff Johnson was placed on pretrial supervision and forced to drive back and forth to Indiana each month just to check in, which was a 17 hour trip for him, costing more money each time. He was forced to appear at many courtdates, while fearing that he would be taken away from his family for a traffic stop. Plaintiff Coleman was placed in handcuffs, by the defendants, without any resistance, and in violation of his rights. The defendants illegally searched the plaintiff's vehicle and found absolutly nothing that was illegal, dangerous weapons, or anything that was a threat to the defendants. While in the backseat of the patrol car, Plaintiff Coleman insisted and stated that he had a lawyer, but defendant Crider continued to maliciously violate his rights by continuing to question him. Neither plaintiff was ever read their Miranda right, which was

6

another violation of their rights. Plaintiff Coleman became ill and was having a slight heart attack, so the paramedics were called. Coleman was transported to Witham Anson Hospital in Whitestown. After being released, he was transported to the Boone County Jail and booked in with no bond. Coleman was charged with refusal to identify, disorderly conduct, resisting law enforcement, intimidation, and possession of marijuana. He was also given a ticket for not wearing a seatbelt. Plaintiff Coleman went to court and received a $30,000 bond and was unable to bond out, so he remains incarcerated by the defendants' malicious acts. During his illegal detainment, Plaintiff Coleman has endured a massive amount of emotional distress, as well as pain and suffering. He has been housed in the Marion County Jail, with charges from Boone County, which has caused even more stress, worry, and fear for the Plaintiffs. Plaintiff Johnson has had to provide Coleman with funds to support him, while going through all of this, which was ultimately caused by the defendants' malicious acts. Defendants Crider and Turney also frabicated the evidence and filing documents, in attempt to maliciously prosecute the Plaintiffs. This also caused great emotional distress, as well as pain and suffering on their family.

Sidney Johnson
P.O. Box 48513
Coon Rapids, MN 55448



DEC 29 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204